# ALABAMA COURT OF CRIMINAL APPEALS



March 21, 2025

**CR-2024-0703**
Cedric Deron Collier v. Alabama Department of Corrections (Appeal from Talladega
Circuit Court: CV-23-900445)

## <u>NOTICE</u>

You are hereby notified that on March 21, 2025, the following action was taken
in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk